IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
_____

WILSON JOHNSON

                Plaintiff,                5:06-CV-903 (NAM/GHL)

   vs.

UNITED STATES OF AMERICA

                Defendant.
_____

APPEARANCES:                          OF COUNSEL:

Stanley Law Offices                  Jordan N. Gray, Esq.
500 South Salina Street
Suite 1020
Syracuse, New York 13202
*Attorney for Plaintiff*

Office of the U.S. Attorney        William F. Larkin, Esq.
Northern District of New York     Assistant U.S. Attorney
100 South Clinton Street
Syracuse, New York 13261-7198
Attorney for Defendant

**Norman A. Mordue, Chief U.S. District Judge**

JUDGMENT DISMISSING ACTION
BASED UPON SETTLEMENT

     I have been informed by Magistrate Judge George H. Lowe that the parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

ORDERED:

1. The above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated;

2. The dismissal of the above-captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and

3. The Clerk shall forthwith serve this Judgment upon the attorneys for the parties appearing in this action by electronic mail.

**IT IS SO ORDERED.**

DATED: November 15, 2007
         Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge